# Court of Appeals
# of the State of Georgia

ATLANTA, November 26, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2253.  HOLLOWAY v. THE KROGER COMPANY.**

Mildred Anne Holloway timely filed a notice of appeal from the trial court's order awarding judgment to The Kroger Company following a jury trial, and this case was subsequently docketed in this Court under the above case number. However, Holloway's attorneys, who filed the notice of appeal on her behalf,  did not request that a transcript of the proceedings be filed with the record on appeal, and Holloway has now moved to have this case remanded to the trial court for transcription of the proceedings and then re-docketing in this Court when the record is complete. Further, concurrently with the motion to remand, Holloway's attorney also filed a motion to withdraw as Holloway's counsel, which we have granted by separate order. The Kroger Company has filed a response to Holloway's motion to remand, and does not oppose said motion.

Accordingly, this appeal is hereby REMANDED to the trial court for completion of the transcript.  It is further ordered that upon the filing of the transcript, the Clerk of Court of Fulton County shall transmit the balance of the record and the transcript to this Court for re-docketing.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 11/26/2013
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*